FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2022 OCT 25 P 1:45

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA SAVANNAH.

***

JOHN DOE
 Plaintiff,
vs.
MID-AMERICA APARTMENT COMMUNITIES, INC.
JENNIFER GREENE, JOHN DOE'S, JANE DOE'S.
 Defendants

CASE No:

CV422-251

COMPLAINT AND CLAIMS
DEMAND FOR JURY TRIAL

## PLAINTIFF'S COMPLAINT AND CLAIMS.

Plaintiff John Doe, who is One of the People of the United States of America, brings this Civil action, for Actual and Statutory Damages seeking Actual Damages for Monetary Relief against Defendant's MID-AMERICA APARTMENT COMMUNITIES, INC., Jennifer Greene, John Doe's, Jane Doe's,

Plaintiff and hereby alleges upon personal knowledge and belief as to his own acts, and upon information and belief (based on investigation as to all other matters, as to which allegations Plaintiffs believe substantial evidentiary support exists or will exist after a reasonable opportunity for further investigation and discovery of evidence, as follows:

## THE PARTIES.

1. JOHN DOE, hereinafter "Plaintiff" is a resident of Savannah, Ga 31407.
2. MID-AMERICA APARTMENT COMMUNITIES, INC., hereinafter "Defendant" is a Foreign Profit Corporation with Principal Office Street Address: 6815 POPLAR AVE, Suite 500, Germantown, TN, 38138, United States, MID-AMERICA APARTMENT COMMUNITIES, INC., can be served with process of Service by Severing Its Registered Agent Name: C T CORPORATION SYSTEM: Physical Address: 289 S Culver St, Lawrenceville, GA, 30046-4805, USA, County: Gwinnett.
3. Jennifer Greene, hereinafter "Defendant" is an Individual, and the Property Manager, Colonial Grand at Godley Lake: 1475 Benton Blvd, Savannah, GA 31407. Jennifer Greene can be served with process of Service by Jennifer Greene:, Property Manager, Colonial Grand at

Godley Lake: 1475 Benton Blvd, Savannah, GA 31407 or Business Name: MID-AMERICA APARTMENT COMMUNITIES, INC., Registered Agent Name: C T CORPORATION SYSTEM: Physical Address: 289 S Culver St, Lawrenceville, GA, 30046-4805, USA, County: Gwinnett.

4. John Doe's, hereinafter "Defendants" are Individuals, Who are employed by MID-AMERICA APARTMENT COMMUNITIES, INC., or Colonial Grand at Godley Lake and are Individuals / Contractors, Who are employed by MID-AMERICA APARTMENT COMMUNITIES, INC., or Colonial Grand at Godley Lake, Service of process of Service is reserved for a later time.

5. Jane Doe's, hereinafter "Defendants" are Individuals, Who are employed by MID-AMERICA APARTMENT COMMUNITIES, INC., or Colonial Grand at Godley Lake, Jane Doe's can be served with process of Service at a later time through, Colonial Grand at Godley Lake: 1475 Benton Blvd, Savannah, GA 31407 or Business Name: MID-AMERICA APARTMENT COMMUNITIES, INC., Registered Agent Name: C T CORPORATION SYSTEM: Physical Address: 289 S Culver St, Lawrenceville, GA, 30046-4805, USA, County: Gwinnett.

## JURISDICTION AND VENUE.

6. This Court has jurisdiction over this action pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d)(2) because this is a class action where "any member of a class of plaintiffs is a citizen of a state different from any defendant and the aggregated amount in controversy exceeds $75,000, exclusive of interest and costs.

7. Jurisdiction of this Court arise under 28 U.S. Code § 1332

8. This Court has Jurisdiction over the Lawsuit because this Suit involves Federal Question Jurisdiction pursuant to Section 28 U.S. Code § 1331.

9. The U.S. District Court for the Southern District of Georgia Savannah has Supplemental Jurisdiction pursuant to Section 28 U.S.C. § 1367 and State Constitutional Rights.

10. Venue in The U.S. District Court for the Southern District of Georgia Savannah is proper pursuant to 28 U.S. Code § 1391, in that all or a substantial portion of Plaintiff Claims and or Cause of Action occurred Here.

11. Venue is Proper in The U.S. District Court for the Southern District of Georgia Savannah pursuant to 28 U.S. Code § 1391(b)(2) in that a substantial part of the events or omissions giving rise to the claim occurred here and MID-AMERICA APARTMENT COMMUNITIES, INC., Jennifer Greene, John Doe's, Jane Doe's, Transacts and Conducts its Business in this Judicial District. Personal Jurisdiction over MID-AMERICA APARTMENT COMMUNITIES, INC., Jennifer Greene, John Doe's, Jane Doe's, is Established.

12. This Civil Action is brought for Defamation, Libel, and Slander pursuant to Federal Statutory and Common Law.

## INTERSTATE TRADE AND COMMERCE

13. At all times relevant hereto, MID-AMERICA APARTMENT COMMUNITIES, INC., Jennifer Greene, John Doe's, Jane Doe's was engaged in a continuous flow of interstate commerce business as described in The Commerce Clause an enumerated power listed in the United States Constitution. The clause states that the United States Congress shall have power "[t]o regulate Commerce with foreign Nations, and among the several States, and with the Indian Tribes. MID-AMERICA APARTMENT COMMUNITIES, INC., Jennifer Greene, John Doe's, Jane Doe's, regularly conducts business in the Southern District of Georgia Savannah Jurisdiction and in other locations of the United States.

14. MID-AMERICA APARTMENT COMMUNITIES, INC., Jennifer Greene, John Doe's, Jane Doe's, business activities that are the subject of this complaint were within the flow of and substantially affected interstate Trade and Commerce.

## STATEMENTS OF FACTS OR FACTUAL BACKGROUND.

15. On Monday morning, 10/24/2022, Plaintiff was about to take out his trash to the dump, when he opened the door to his apartment, after which a letter which was left by a Law enforcement officer on property at door feel down.

16. Plaintiff picked up the letter which is also attached to this Complaint and Claims as Exhibit, which reads:
    a. Explanation: While we were replacing the fire sprinklers, it was noticed that there was a heavy smell of an illegal substance in your apartment. Per the lease Contract "14.2.1, You an occupant, or any guest or invitee shall not engage in criminal conduct in

violation of any Federal, State or local laws, regardless of whether or where arrest or conviction occurs, including but not limited to, while on the premise or in the apartment. You an occupant or any guest or invitee shall not possess, display or discharge a weapon in violation of applicable Law". Please cease the use of this substance inside your apartment immediately. The letter was signed by Jennifer Greene:, Property Manager, Colonial Grand at Godley Lake: 1475 Benton Blvd, Savannah, GA 31407

17. Plaintiff immediately went to confront Jennifer Greene, Property Manager, Colonial Grand at Godley Lake, about this letter, inquiring how this information came about.

18. She stated that she got the information from someone Who had being inside my apartment on 9/14/2022, after which the information was pasted to the other 2 Jane Doe's Defendants and 2 John Doe's Defendants and the Law enforcement officer Who delivered the letter/Notice to my door at unit 433.

19. To prove prima facie defamation, a plaintiff must show four things: 1) a false statement purporting to be fact; 2) publication or communication of that statement to a third person; 3) fault amounting to at least negligence; and 4) damages, or some harm caused to the reputation of the person or entity who is the subject of the statement. A copy of this Notice has been placed in Plaintiff file.

20. Plaintiff does not smoke. Plaintiff does not use or has ever used any illegal substance; Plaintiff has never had any guest at his apartment.

## CLASS ACTION ALLEGATIONS

21. Pursuant to Federal Rules of Civil Procedure 23(a) and (b), Plaintiff bring this action on behalf of itself and the Class, particularly the following Nationwide Class of similarly situated persons defined as:

22. All persons, who are Residents/ Renters or reside at any MID-AMERICA APARTMENT COMMUNITIES, INC., or Colonial Grand at Godley Lake apartments on or after May 1, 2022 that suffered Defamation, Libel, and Slander, from Defendant MID-AMERICA APARTMENT COMMUNITIES, INC., Jennifer Greene:,Property Manager, Colonial Grand

23. at Godley Lake: 1475 Benton Blvd, Savannah, GA 31407.

24. The Nationwide Class seeks certification of claims for declaratory relief and injunctive relief for Defamation, Libel, and Slander,

25. Plaintiff also brings certain of the claims, identified, on behalf of itself and a portion of the Class described as the Georgia Subclass as follows:

26. Section 2019 Georgia Code: Title 51 - Torts: Chapter 5 - Libel and Slander: § 51-5-1. Libel defined; publication prerequisite to recovery. (a) A libel is a false and malicious defamation of another, expressed in print, writing, pictures, or signs, tending to injure the reputation of the person and exposing him to public hatred, contempt, or ridicule.

27. This action is brought as a class action and may properly be so maintained pursuant to the provisions of Federal Rule of Civil Procedure 23. Plaintiff reserves the right to modify the Nationwide Class and the Texas Subclass definitions and the class period pursuant to discovery that is conducted hereafter.

## COUNT 1.

### Defamation, Libel, and Slander.

27. Plaintiff repeats, realleges, and incorporates the averments contained in all the above paragraphs of his Complaint and Claims as though fully set forth herein.

28. By doing the acts described in the above paragraph, MID-AMERICA APARTMENT COMMUNITIES, INC., Jennifer Greene, John Doe's, Jane Doe's, made a false and malicious statement intended to injure the reputation of the Plaintiff to public hatred, contempt, or ridicule.

29. The Letter left by the Defendants is not supported by any factual allegation.

30. The Defendant made a false and malicious statement when She Signed the letter on the door of Plaintiff. - The Defendant had no basis other than to subject "Plaintiff" to public hatred, contempt, and ridicule, especially when there was no proof that Plaintiff smoked.

## COUNT 2.

### Punitive Damages.

31. The Previous Paragraphs are incorporated into this Count as if set forth in full.

32. Defendant's conduct showed malice, racial discrimination, fraud, and the entire want of care that would show a conscious indifference to the consequences.

33. Accordingly, Plaintiff is entitled to punitive damages.

## COUNT 3.

## DEFAMATION PER SE.

34. In the alternative, without waiving any of the other causes of action herein, without waiving any procedural, contractual, or statutory, or common-law right, and incorporating all other allegations herein to the extent they are not inconsistent with the cause of action pled here, MID-AMERICA APARTMENT COMMUNITIES, INC., Jennifer Greene, John Doe's, Jane Doe's., Are liable to Plaintiff for invading Plaintiff's Privacy (intrusion on seclusion)., Intentionally intruded on Plaintiff's solitude, seclusion, or Private affairs, and as such intrusion would be highly offensive to a reasonable person.

35. Defendant's false defamatory statement imputed a crime punishable by both Federal and State laws. Defendants defamatory statement imputes that the Plaintiff used illegal substance, It is pel se defamation pursuant to O.C.G.A.$51-5- 4(aX1) because it implies that Plaintiff is committing that offense. was calculated to injure the reputation of Plaintiff. This is per se defamation pursuant to O.C.C.A.$51-5-4(aX3)

36. MID-AMERICA APARTMENT COMMUNITIES, INC., Jennifer Greene, John Doe's, Jane Doe's., Unreasonable Defamation, Libel, and Slander effort is proximately cause Plaintiff to be injury including but not necessarily limited to Humiliation and Mental anguish.

37. MID-AMERICA APARTMENT COMMUNITIES, INC., Jennifer Greene, John Doe's, Jane Doe's., Defamation, Libel, and Slander were Unreasonable and Wrongful.

## **EXEMPLARY DAMAGES**.

38. Exemplary damages should be awarded against MID-AMERICA APARTMENT COMMUNITIES, INC., Jennifer Greene, John Doe's, Jane Doe's., because of the harm with respect to which Plaintiff seeks recovery of exemplary damages resulted from Malice (which means that there was a specific intent by MID-AMERICA APARTMENT COMMUNITIES,

INC., Jennifer Greene, John Doe's, Jane Doe's., to cause substantial injury or harm to Plaintiff) and or gross negligence (which means that MID-AMERICA APARTMENT COMMUNITIES, INC., Jennifer Greene, John Doe's, Jane Doe's., actions and or omissions (I) When viewed objectively from MID-AMERICA APARTMENT COMMUNITIES, INC., Jennifer Greene, John Doe's, Jane Doe's., Standpoint at the time of the acts and or omissions involved an extreme degree of risk, considering the probability and magnitude of potential harm to others and (II) were such that MID-AMERICA APARTMENT COMMUNITIES, INC., Jennifer Greene, John Doe's, Jane Doe's., had an Actual, Subjective awareness of the risk involved but nevertheless proceeded with Conscious indifference to the Consumer Rights, Safety, or Welfare of others).

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff and each member of the Class pray that the Court enters Judgment against, MID-AMERICA APARTMENT COMMUNITIES, INC., Jennifer Greene, John Doe's, Jane Doe's, for the following relief:

Certify the proposed Nationwide Class and Georgia Subclass herein and appointing Plaintiff to represent each class;

Declare that MID-AMERICA APARTMENT COMMUNITIES, INC., Jennifer Greene, John Doe's, Jane Doe's practices and actions do indeed to Defamation, Libel, and Slander, rights of Plaintiffs and Nationwide Class members under the United States Constitution and impose suitable and equitable injunctive relief for all members of such classes;

Actual damages from MID-AMERICA APARTMENT COMMUNITIES, INC., Jennifer Greene, John Doe's, Jane Doe's- Civil liability for the emotional distress as a result of the intentional and or negligent violations, in amounts to be determined by a Jury at Trial and for Plaintiff.

2019 Georgia Code: Title 51 - Torts: Chapter 5 - Libel and Slander: § 51-5-1-4.. (a) A person may sue for: (1) injunctive relief to prevent or restrain a violation of this chapter; and (2) actual damages sustained as a result of a violation of this chapter.

Award restitution, disgorgement, injunctive relief and all other relief Statutory and punitive

Award to Plaintiff and members of the Georgia Subclass exemplary damages for unfair

practices and actions of MID-AMERICA APARTMENT COMMUNITIES, INC., Jennifer Greene, John Doe's, Jane Doe's

### DEMAND FOR JURY TRIAL and RESERVATION OF RIGHTS.

Plaintiff hereby request a Trial by Jury on all issues raise in this Complaint and Claims pursuant to Rule 38 of the Federal Rules of Civil Procedure and Section 102 of the Civil Rights Act of 1991, 42 U.S.C § 1981a.

Plaintiffs' investigation of the matters alleged herein is ongoing. Pursuant to such investigation and as allowed by the Court, Plaintiffs expressly reserve the right to Amend or supplement the claims herein in accordance with Fed.R.Civ.P. 15.

**Dated: this 25th Day of October 2022.**

By: _____
JOHN DOE

Email: MAHSFOS@gmail.com
1475 Benton Blvd #433
SAVANNAH GA 31407

# ATTACHED EXHIBITS 2 PAGES.

| GEORGIA CORPORATIONS DIVISION | GEORGIA SECRETARY OF STATE BRAD RAFFENSPERGER |

HOME (/)

# BUSINESS SEARCH

## BUSINESS INFORMATION

| | |
|---|---|
| Business Name: | MID-AMERICA APARTMENT COMMUNITIES, INC. |
| Control Number: | K419454 |
| Business Type: | Foreign Profit Corporation |
| Business Status: | Active/Compliance |
| Business Purpose: | NONE |
| Principal Office Address: | 6815 POPLAR AVE, Suite 500, Germantown, TN, 38138, USA |
| Date of Formation / Registration Date: | 8/4/1994 |
| Jurisdiction: | Tennessee |
| Last Annual Registration Year: | 2022 |

## REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | C T CORPORATION SYSTEM |
| Physical Address: | 289 S Culver St, Lawrenceville, GA, 30046-4805, USA |
| County: | Gwinnett |

## OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| ALBERT M. CAMPBELL | CFO | 6815 POPLAR AVE, Suite 500, Germantown, TN, 38138, USA |
| H ERIC BOLTON, JR | CEO | 6815 POPLAR AVE, Suite 500, Germantown, TN, 38138, USA |
| LESLIE WOLFGANG | Secretary | 6815 POPLAR AVE, Suite 500, Germantown, TN, 38138, USA |

Back

Filing History   Name History

Return to Business Search



**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

# Filing Information

Name: **MID-AMERICA APARTMENT COMMUNITIES, INC.**

## General Information

| | | | |
|---|---|---|---|
| **SOS Control #** | 000270472 | **Formation Locale:** | TENNESSEE |
| **Filing Type:** | For-profit Corporation - Domestic 09/22/1993 10:17 AM | **Date Formed:** | 09/22/1993 |
| **Status:** | Active | **Fiscal Year Close** | 12 |
| **Duration Term:** | Perpetual | | |

**Registered Agent Address**
C T CORPORATION SYSTEM
300 MONTVUE RD
KNOXVILLE, TN 37919-5546

**Principal Address**
LEGAL
STE 500
6815 POPLAR AVE
GERMANTOWN, TN 38138-0612

The following document(s) was/were filed in this office on the date(s) indicated below:

| Date Filed | Filing Description | Image # |
|---|---|---|
| 03/14/2022 | 2021 Annual Report | B1177-7685 |
| 02/11/2021 | 2020 Annual Report | B0981-3907 |
| 01/16/2020 | 2019 Annual Report | B0803-5374 |
| Principal Postal Code Changed  From: 38138-3606  To: 38138-0612 | | |
| 02/05/2019 | 2018 Annual Report | B0649-4269 |
| Principal Address 1 Changed  From: 6584 POPLAR AVE  To: 6815 POPLAR AVE | | |
| Principal Address 2 Changed  From: No value  To: STE 500 | | |
| Principal City Changed  From: MEMPHIS  To: GERMANTOWN | | |
| Principal Postal Code Changed  From: 38138-3687  To: 38138-3606 | | |
| 05/21/2018 | Administrative Amendment | B0541-5554 |
| 01/26/2018 | Registered Agent Change (by Agent) | *B0478-4994 |
| Registered Agent Physical Address 1 Changed  From: 800 S GAY ST  To: 300 MONTVUE RD | | |
| Registered Agent Physical Address 2 Changed  From: STE 2021  To: No Value | | |
| Registered Agent Physical Postal Code Changed  From: 37929-9710  To: 37919-5546 | | |
| 01/23/2018 | 2017 Annual Report | B0480-7026 |
| 02/17/2017 | 2016 Annual Report | B0346-8878 |
| Principal Address 3 Changed  From: No value  To: LEGAL | | |

Form Number: __311A__
Original Effective Date: 04/01/05
Revision Effective Date: 04/01/05

## NOTICE OF LEASE VIOLATION

Apartment # 433                             Date Resident Notified: 10/21/2022

Dear Resident:

The following problem(s) have been discovered in or about your apartment home:

| | | |
|---|---|---|
| _____ Loud Music | _____ Disturbance | _____ Foil on Window |
| _____ Littered Patio | _____ Unauthorized Occupant | _____ Excessive Noise |
| _____ Trash by Entry | _____ Unauthorized Pet(s) | _____ Illegal Parking |
| _____ Damage to Property | _____ Expired Auto Tag | _____ Flat Tire(s) |
| _____ Please see Manager Within 24 hours | _____ BBQ Grill on Patio / Balcony | |
| | XXX Other (Explain Below) | |

Explanation: <u>While we were replacing the fire sprinklers, it was noticed that there was a heavy smell of an illegal substance in your apartment. Per the lease contract "14.2.1 You, an Occupant, or any guest or invitee shall not engage in criminal conduct in violation of any federal, state or local laws, regardless of whether or where arrest or conviction occurs, including but not limited to, while on the Premises or in the Apartment. You, an Occupant, or any guest or invitee shall not possess, display or discharge a weapon in violation of applicable law". Please cease the use of this substance inside your apartment immediately.</u>

Please take the action necessary to correct the above named problem and respond in the space provided below within <u>1</u> days from the date hereof. Failure to make necessary corrections on a timely basis will require additional action as outlined in the apartment lease contract.

If you have any questions, please do not hesitate to contact the manager.

Thank you for your cooperation.

Sincerely,
*[signature]*
MANAGER

Corrective Measures Taken: _____

_____

_____

Hand Delivered to Resident's leased premises on _____     9/13/2022 emc
                                                                           SRI
© 2005 Colonial Properties Trust                                        Page 1 of 2
Confidential & Proprietary to Colonial Properties Trust
                                                                        9/14/2022 - insp.
                                                                                    date

13.3 In the event of a power outage that lasts more than eight (8) hours, Landlord has the right, but not an obligation, to dispose of the contents of Your refrigerator. You shall not have a right of recovery against Landlord for interruption of power that results in disposal, loss, or spoilage of refrigerated food unless power outage and spoilage or loss was directly due to Landlord's gross negligence or intentional acts.

**14. USE:**

14.1 The Apartment shall be used by You for residential purposes only and shall be occupied only by the person(s) named in this Lease as a Resident or Occupant. An "Occupant" is defined as any person listed in this Lease as an Occupant. A "guest" is defined as any person who enters the Apartment, or upon the Premises, by Your expressed or implied invitation or by an Occupant's expressed or implied invitation and includes social guests. Only the Residents and Occupants named in this Lease may continuously occupy the Apartment. Persons who are not a Resident or Occupant named in this Lease who visit the Apartment must be accompanied by You, will be considered guests or "invitees" and are not permitted to continuously occupy the Apartment. Guests may not occupy the Apartment in excess of fourteen (14) days, or portion thereof, during any twelve (12) month period.

14.2 You, an Occupant, or any guest or invitee shall not engage in any disorderly, loud, dangerous, violent or threatening behavior or in any manner so as to interfere with another resident's quiet enjoyment of his, her, or their apartment(s) or with the operation or management of the Premises.

14.2.1 You, an Occupant, or any guest or invitee shall not engage in criminal conduct in violation of any federal, state or local laws, regardless of whether or where arrest or conviction occurs, including but not limited to, while on the Premises or in the Apartment. You, an Occupant, or any guest or invitee shall not possess, display or discharge a weapon in violation of applicable law.

14.2.2 You must notify us within 5 calendar days if You, an Occupant, or any guest or invitee of either is convicted of a crime that involves a controlled substance, violence to person(s), or destruction of property. You must also notify us within 5 calendar days if You, an Occupant, or any guest or invitee of either registers as a sex offender.

14.3 You, an Occupant, or any guest or invitee shall not distribute petitions, flyers, or solicitation notices to other residents in any manner other than through lawful use of the U.S. mail.

14.4 You, an Occupant, or any guest or invitee shall not commit business libel or slander or make untruthful, unfair, or misleading statements to others about Landlord or its employees.

14.5 You, an Occupant, or any guest or invitee shall not commit waste to the Apartment or Premises and shall not commit any act or fail to take any action that would endanger the life, health, safety, welfare, or property of any person in the Apartment or Premises.

14.6 You agree that no "garage sales" shall be permitted in or around the Premises, parking areas or common areas and nothing shall be sold out of or around the Premises, parking areas or common areas without express written permission by Landlord.

14.7 Any violation of this Section 14 by You, an Occupant, or any guest or invitee is a material breach of this Lease and grounds for termination of this Lease or right of occupancy by Landlord demanding possession or filing a dispossessory action or an eviction.

14.8 In the event that Your tenancy at the Property is terminated or You are evicted, You shall not return to any portion of the Premises for any reason, including at the invitation of another resident or occupant. This provision shall survive the expiration or earlier termination of this Lease.

14.9 You, any Occupant, guest or invitee shall not invite or allow individuals who have been evicted from, or had their tenancies or right of access terminated at, the Property to return as Your guest.

14.10 Any Resident or Occupant who is under court order prohibiting entry to the Apartment or Premises is no longer entitled to occupancy, keys, or other access devices while the order is in effect.

14.11 You agree that any recreation, service, and amenities areas, if they are available at the Premises, are merely ancillary to this Lease and may be used by You only with the permission of Landlord. You also agree that Landlord may curtail or eliminate such services or facilities in its sole discretion, and You will not be relieved from the terms of this Lease or entitled to any reduction in rent if such services or facilities are curtailed or eliminated.

14.12 Any violation by You, an Occupant, a guest or invitee of the Rules and Regulations which are now in effect or which may hereinafter be enacted will be considered a violation of this Lease by You.

14.13 The Rules are part of this Lease and enforceable as terms and conditions of this Lease.

14.14 Landlord may exclude any person that Landlord determines, in its sole discretion, to be violating the law, violating the Lease, violating the Rules, or disturbing any other residents, visitors, or Our representatives. Landlord may exclude any person who refuses to properly identify himself or herself or identify which Resident or Occupant gave permission for him/her to be on the Premises.

14.15 You may have a home office in order to operate a business in the Apartment, if You comply with the following conditions: (1) Your home business must comply with all applicable laws; (2) You cannot employ anyone at the Apartment besides You or anyone named as an Occupant on this Lease; (3) You do not receive receipt or delivery of merchandise, goods, or equipment other than by parcel or letter carrier mail service; (4) You must not be a nuisance; (5) You must not display stock in trade in the Apartment or on the Premises; (6) Your home business must not require any special permit or license; (7) You must not cause additional vehicles of suppliers, vendors, delivery services, customers or clients to park in the Premises; (8) Your customers and/or clients of the home business may not come to the Apartment or on the Premises to receive goods or services; and (9) You may not display signage relating to or identifying the home business. Landlord will not sign or otherwise agree to any business license or similar application. A home business permitted by this Lease includes, by way of example and not by limitation, an internet-based company, legal service provider, or a consulting service provider, to the extent they are also permitted by applicable law and conform to each of the requirements listed herein. A business not permitted by this Lease includes, by way of example and not by limitation, massage therapy, retail sales or a home child care service.

**15. DEFAULT BY YOU:**