UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA SAVANNAH.

***

JOHN DOE

    Plaintiff,

vs.

MID-AMERICA APARTMENT COMMUNITIES, INC.
JENNIFER GREENE, JOHN DOE'S, JANE DOE'S.
    Defendants

CASE No: CV422-251

MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING.

FILED U.S. DISTRICT COURT SAVANNAH
2022 OCT 25 PM 4:44
CLERK
SO. DIST. OF GA.

As the Plaintiff, in the above-captioned matter, I respectfully ask The United States District Court for the Southern District of Georgia Savannah for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.
3. I have regular access to the technical requirements necessary to e-file successfully:

(a) A computer with internet access;

(b) An email account on a daily basis to receive notifications from the Courts and notices from the e-filing system;

(c) A scanner to convert documents that are only in paper format into electronic files;

(d) A printer or copier to create required paper copies such as chambers copies;

(e) A word-processing program to create documents;

(f) A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Dated: this 25th Day of October 2022.

By: /

JOHNDOE
Email: MAHSFOS@gmail.com