IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOHN DOE, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MID-AMERICA APARTMENT )<br>COMMUNITIES, INC., )<br>JENNIFER GREENE, JOHN DOES, and )<br>JANE DOES, )<br>)<br>    Defendants. )<br>_____ ) | CASE NO. CV422-251 |

### O R D E R

Before the Court is Plaintiff's Motion for Voluntary Dismissal without Prejudice. (Doc. 11.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Because no defendant has filed an answer or a motion for summary judgment in this case, Plaintiff's request (Doc. 11) is **GRANTED**. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 7th day of November 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA